FILED

DEC 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**MARÍA de Jesús BALTIERRA, M.D.**

**Plaintiff,**

vs.

**UNITED STATES DEPARTMENT OF STATE; AND DOES 1-50**

**Defendant(s).**

Civil Action No.: ________

CASE NUMBER 1:06CV02148

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 12/18/2006

Emergency Ex Parte –

**VERIFIED EMERGENCY PETITION FOR TEMPORARY RESTRAINING ORDER** & Written Hearing & Argument Pleading –

(Affirmative Order to allow 25th Anniversary Travel) Plaintiff is a (50 Senior Traveler, physician – Senior Age 81)

Comes Now Petitioner María de Jesús Baltierra, M.D. ("BALTIERRA"), in *Propria persona*, and pursuant to Fed R. Civ. P. 65(a) hereby applies to this Honorable Court for a Preliminary Injunction enjoining Defendant United States Department of State (hereinafter "STATE DEPT.") from continuing to violate her Constitutional equal protection and due process rights by refusing to issue a replacement U.S. Passport in accordance with 22 U.S.C., Chapter 4, Section 211a, which grants authority to the U.S. Passport Agency, an arm of the STATE DEPT., to grant, issue and verify passports. [Current Passport – Exhibit A valid until 2009 Lost in March 18 ... since passing of Plaintiff's 86 yo Dad. [April 2005]]

Petitioner BALTIERRA, a Mexican-American female physician who became a naturalized U.S. citizen on or about November 8, 1968, Naturalization

RECEIVED

DEC 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

No. 9060364, Suppl. No. 300151, as recorded by John Childers, Clerk of the District Court, by S.C. Tony, Deputy Clerk.

A central issue in this controversy revolves around the violation of Petitioner's equal protection and due process rights as guaranteed under the Fifth and Fourteenth Amendments to the U.S. Constitution, respectively, and in her property interest in her U.S. Passport, by the continued and unlawful refusal of the STATE DEPT., through the U.S. Passport Agency, to issue BALTIERRA's replacement passport. The STATE DEPT. has refused to provide BALTIERRA with any solid and legally justifiable grounds for its refusal to issue the replacement passport, citing only that she has received replacement passports in the past, further demanding that BALTIERRA submit to answering unlawful and unconstitutional questions delving into her personal life and that of her family members. BALTIERRA applied for and was denied a replacement passport on or about June 28, 2006 on pretextual grounds that she had already been issued previous replacement passports. BALTIERRA waited nearly six (6) months for the agency to respond to her inquiries after having filed her responses to the unlawful "Supplemental Information" questionnaire. The U.S. Passport Agency has steadfastly refused to acknowledge her responses and has cast a shadow upon BALTIERRA's credibility and legal status in the U.S. by reporting to Congressman Moran and Senator Warner's staff that she is not a United States citizen, and therefore cannot be issued a replacement passport. BALTIERRA applied anew for her replacement passport on Thursday, December 7, 2006 and told to report to the passport office the following day, Friday, December 8, 2006. When BALTIERRA returned the following afternoon she was informed she would again need to file a "Supplemental Information" form and that she would not be issued a replacement passport. This Petition for Injunctive Relief follows:

BALTIERRA is a U.S. citizen and has been ever since her naturalization on or about November 8, 1968. BALTIERRA attended elementary and high school in Los Angeles, California. She matriculated at the University of California at Los Angeles ("UCLA"), graduating on September 8, 1972. (*See* EXHIBIT 1). BALTIERRA went on to study in the UCLA School of Education and obtained her California K-12 Teaching Credential on July 27, 1973. (*See* EXHIBIT 2). BALTIERRA then went on to study medicine, graduating from the University of Minnesota with a Doctor of Medicine degree on March 21, 1981. (*See* EXHIBIT 3). At all steps along her educational and professional career BALTIERRA has applied herself and excelled, achieving recognition for her valiant efforts at diversifying the medical school class to include more minority students. BALTIERRA sat and chaired numerous committees, including the University of Minnesota Minority Admissions Committee. Further, she chaired a Task Force on *Chicana/o* concerns and co-sponsored a Legislative Workshop on Capital Hill dealing with minority issues in higher education. For this, she earned national recognition by being awarded the "Woman of the Year" in 1979. (*See* EXHIBIT 4). In all the years since becoming a U.S. citizen, this is the first time BALTIERRA has been denied a U.S. Passport. The reasons for the denial are pretextual and lend support to her contention that the STATE DEPT. is using the U.S. Passport Agency to further facilitate compilation of personal and confidential information on naturalized U.S. citizens applying for passports. The nature of the questions contained in the "Supplemental Information" form are similar in form and nature to those asked of foreign nationals applying for U.S. citizenship for the first time.

## I. INTRODUCTION

At the heart of controversy is negligent and malicious conduct under color of Federal law of substantial magnitude as to violate Petitioner's Equal Protection and Due Process rights. Petitioner has been denied the opportunity to challenge the denial of her replacement U.S. Passport application, despite having cooperated fully with the U.S. Passport Agency. BALTIERRA has provided copies of all necessary documents and presented valid state-issued identification as proof of her identity and proof of citizenship. (*See* EXHIBITS 5 and 6). Yet, despite having submitted all necessary and proper forms of identification, Defendant/Respondent continues to insist that she provide them with personal and confidential information unrelated to the application for a replacement passport and not required of other U.S. citizens. (*See* EXHIBIT 7).

BALTIERRA contends the STATE DEPT. will continue to violate federal statutes and her Constitutional rights. Court intervention is the last hope BALTIERRA has to remedy the tide of injustice that has plagued the U.S. Passport Agency. BALTIERRA seeks equitable relief in this matter because she has exhausted all available administrative remedies and has no other readily available and speedy remedy at law.

## II. STATEMENT OF THE CASE

Petitioner BALTIERRA has exhausted all available administrative remedies available to her. She applied for a replacement U.S. Passport and submitted all required documentation and paid all fees for the expedited processing. BALTIERRA applied for the replacement passport on or about June 28, 2006 through the Passport Office in Washington, D.C., Special Issuance

Department. Her application was denied and she was required to complete and sign a "Supplemental Information" form, which she sent to the Passport Agency via Federal Express on or about July 2006. (*See* EXHIBITS 8). The replacement passport was denied on pretextual grounds, the Passport Agency citing concerns about the number of passports issued to BALTIERRA over the course of 17 years. (*See* EXHIBIT 9). However, when applying for replacement passports applicants are required to submit for DS-64, an affidavit attesting to the fact that the passport was indeed lost. (*See* EXHIBIT 10). There is no need to re-file an additional affidavit when one affidavit will do.

**WHEREFORE,** Petitioner BALTIERRA prays for the immediate issuance of an Emergency Petition for Injunctive Relief with Special Emergency Orders as follows:

1. Set Emergency Preliminary hearing on Monday, December 11, 2006.

2. **ENJOINING** Respondents from further invading Petitioner's privacy;

3. **ORDERING** Respondent to immediately issue the replacement passport; and

4. Further Equitable Relief as the Court deems necessary and appropriate

Dated: December 13, 2006

MARÍA de Jesús BALTIERRA, M.D.
Petitioner, In *Propria persona*
127 S. Fairfax Street, #121
Alexandria, Virginia 22314
T: 202.531.3939
F: 703.782.0382

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF EMERGENCY PETITION FOR INJUNCTIVE RELIEF**

Petitioner BALTIERRA hereby submits the following Memorandum of Points and Authorities in support of her Emergency Petition for Injunctive Relief.

## III.
## ARGUMENT

### A. STANDARD FOR PRELIMINARY INJUNCTIONS

A moving party is entitled to a preliminary injunction if that party demonstrates (1) A likelihood of success on the merits; (2) the likelihood that the moving party will suffer irreparable harm absent relief; (3) that other interested parties will not suffer substantial harm if the court grants the relief requested; and (4) that public interest favors granting the relief sought. Washington Metropolitan Area Commission v. Holiday Tours, Inc., 559 F.2d, 841, 843 (D.C. Cir. 1977). Further, BALTIERRA has no readily available or speedy remedy at law.

### B. PETITIONER IS LIKELY TO SUCCEED ON THE MERITS.

BALTIERRA petitions this Honorable Court for injunctive and declaratory relief under the Civil Rights Act of 1871, Rev. Stat. § 1979, as amended, 42 U.S.C. § 1983, seeking prospective relief against the U.S. Passport Agency, and arm of the STATE DEPT., who, conspiring amongst themselves and in concert with other governmental entities under color of Federal law, have abridged BALTIERRA's protected rights under the Fifth and Fourteenth Amendments to the U.S. Constitution. The "very purpose of § 1983 was to interpose the federal

courts between the States and the people as guardians of the people's federal rights – to protect the people from unconstitutional action under color of law, whether that action be executive, legislative or judicial." Mitchum v. Foster, 407 U.S. 225, 242 (1972). This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1331. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

BALTIERRA alleges that her substantive due process and procedural due process rights have been violated, and will continue to be violated if the STATE DEPT. continues on its campaign of flagrant civil and constitutional rights violations by demanding that BALTIERRA submit to answering improper and illegal questions delving into her personal and confidential life, matters irrelevant to her application for a replacement passport.

BALTIERRA is a U.S. citizen, and has every right to apply for a U.S. Passport and to be issued a replacement passport without harassment, intimidation, and unfounded accusations of wrongdoing on the part of the U.S. Passport Agency, an arm of the STATE DEPT. Petitioner is a U.S. citizen and has complied with all requirements for the issuance of her replacement passport.

## C. PETITIONER WILL SUFFER IRREPARABLE HARM WITHOUT RELIEF

BALTIERRA has already suffered great injustice and irreparable harm in being denied her replacement passport. BALTIERRA is a prisoner in her own country and cannot even get the U.S. Passport Agency to release a passport record

as is her right to do so.   The passport record will support and prove that BALTIERRA is a U.S. citizen and that she is who she says she is.

The STATE DEPT. has created a legal fiction by amassing a pretextual laundry list of false allegations against BALTIERRA, implying that she has used her passport for reasons other than for her own personal use and international travel.   When applying for her replacement passport just recently, on December 7, 2006, she was asked to return the following afternoon, which she did.   The passport application was again rejected and when BALTIERRA insisted to talk to the person in charge a small contingency of unknown individuals came down to the window.   They refused to identify themselves and after repeated questioning, one individual finally identified himself as a member of "Diplomatic Security," who refused to state his name, but said he was "concerned" because there was still a valid passport somewhere out there.   But BALTIERRA previously submitted a signed affidavit attesting to the fact that her passport had been lost.   There is no end in sight at resolving this dilemma and Petitioner contends the "Supplemental Information" questionnaire is part of an unlawful and ill-advised effort on the part of the STATE DEPT. to obtain confidential and private information on all naturalized citizens applying for U.S. passports.

## D.   OTHER INTERESTED PARTIES WILL NOT SUFFER SUBSTANTIAL HARM IF RELIEF IS GRANTED

Respondent STATE DEPT. will not be harmed or jeopardized in any manner if the Order is granted.   There is no evidence that BALTIERRA has

committed any crimes or that she has used her U.S. Passports for reasons other than for her own personal use and international travel, as do thousands of other U.S. citizens. The difference here is that Petitioner is being signed out because she is a naturalized U.S. citizen. BALTIERRA has already made travel arrangements, purchasing airlines tickets to accompany her elderly mother of 81 years to Europe. Her mother is elderly, frail and will not be able to travel without the aid of Petitioner, who also serves as her personal physician.

**E. PUBLIC INTEREST FAVORS GRANTING THE RELIEF SOUGHT**

The equities lay in Petitioner BALTIERRA's favor such that the risk of imminent harm to Petitioner far outweighs any potential harm to Respondent STATE DEPT. BALTIERRA has been an exemplary model of a naturalized citizen by excelling in her educational and professional aspirations, earning recognition awards and helping needy patients on a *pro bono* basis. BALTIERRA is a U.S. citizen who has complied with all requisite replacement passport criteria, submitting proof of identity, proof of U.S. citizenship and paid all necessary fees for the expedited passport (twice). Respondent STATE DEPT. is not justified in creating a second class tier of U.S. citizens (naturalized) and to submit them to unlawful and invasive questioning about their personal lives and relationships merely because they are naturalized citizens. U.S.-born citizens are not subjected to the same type of harassment and there is no justification to permit the continued harassment of naturalized citizens so that the STATE DEPT. can continue to compile illegal and irrelevant confidential and personal information on naturalized citizens for its secret Homeland Security national databank.

## IV.
## CONCLUSION

Based on the foregoing, Petitioner prays the Court to GRANT her application for preliminary injunction ENJOINING Respondent from continuing to harass, intimidate and otherwise coerce Petitioner to submit to unlawful and invasive questioning and an ORDER for the immediate issuance of her replacement U.S. Passport. Additionally, Petitioner respectfully requests that the preliminary injunction issue forthwith and remain in full force and effect until such time as this Court decides the entire case on the merits.

Dated: December 11, 2006

MARÍA de Jesús BALTIERRA, M.D.
Petitioner, In *Propria persona*
127 S. Fairfax Street, #121
Alexandria, Virginia 22314
T: 202.531.3939
F: 703.782.0382

## DECLARATION OF MARÍA de Jesús BALTIERRA

I, MARÍA de Jesús BALTIERRA, M.D., hereby declare:

1. I am over the age of 18.

2. The statements in this Declaration are true and if called as a witness I could and would testify thereto.

3. I am a U.S. citizen, having been naturalized on or about November 8, 1968.

4. Allegations have been raised against me in the form unspoken allegations that I have used my U.S. Passport for reasons other than personal use and international travel are patently false.

5. I have been issued replacement passports in the past without incident.

6. I do not understand why Respondent continues to harass and intimidate me by demanding that I respond to unlawful questions, which I believe are pretextual for other unlawful purposes on the part of the U.S. government.

7. I have made plans to travel abroad and need my replacement passport to travel internationally.

8. I deny categorically that I have violated any state statutes as alleged or alluded to.

9. Further, I have been denied any opportunity to confront my accusers and to have an opportunity to be heard on the real reasons for the denial.

Dated: December 11, 2006

[signature]

MARÍA de Jesús BALTIERRA, M.D.
Petitioner/Declarant

UNIVERSITY OF CALIFORNIA • LOS ANGELES

*This is to certify that*

MARIA DE JESUS BALTIERRA

HAS COMPLETED ALL ACADEMIC AND PROFESSIONAL REQUIREMENTS OF THE UCLA APPROVED PROGRAM OF PREPARATION FOR THE

STANDARD ELEMENTARY TEACHING CREDENTIAL

AND IS RECOMMENDED TO THE CALIFORNIA COMMISSION FOR TEACHER PREPARATION AND LICENSING FOR THIS CREDENTIAL.

DATED July 27, 1973

Charles E. Young
CHANCELLOR

John I. Goodlad
DEAN, GRADUATE SCHOOL OF EDUCATION

THE REGENTS OF THE

# University of California

ON THE NOMINATION OF THE FACULTY OF THE
COLLEGE OF LETTERS AND SCIENCE
HAVE CONFERRED UPON

MARÍA DE JESÚS BALTIERRA

THE DEGREE OF BACHELOR OF ARTS
WITH A MAJOR IN SPANISH
WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT LOS ANGELES
THIS EIGHTH DAY OF SEPTEMBER IN THE YEAR
NINETEEN HUNDRED AND SEVENTY-TWO

Ronald Reagan
GOVERNOR OF CALIFORNIA AND
PRESIDENT OF THE REGENTS

PRESIDENT OF THE UNIVERSITY

CHANCELLOR AT LOS ANGELES

Kenneth N. Trueblood
DEAN OF THE COLLEGE

THE REGENTS OF

# THE UNIVERSITY OF MINNESOTA

ON RECOMMENDATION OF THE FACULTY
HAVE CONFERRED UPON

## María de Jesus Baltierra

THE DEGREE OF

## Doctor of Medicine

WITH ALL ITS PRIVILEGES AND OBLIGATIONS

GIVEN IN MINNEAPOLIS IN THE STATE OF MINNESOTA
THE TWENTY-FIRST DAY OF MARCH NINETEEN HUNDRED EIGHTY-ONE

C. Peter Magrath
PRESIDENT

SECRETARY

I CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT.

# Women in CIVIC INVOLVEMENT

**PHYLLIS A. ACKER:** Executive director of Information and Volunteer Center, Inc., Rochester. Born Sept. 15, 1939. B.A. from Augsburg College; continued education at Columbia University School of Social Work in New York City. Chairwoman of Community Services Coordinating Committee; member of YWCA Board; member of Governor's Office on Volunteer Service Advisory Committee; past president of Minnesota Association of Volunteer Directors; consultant and board member for local shelter for battered women; board member of National Center for Voluntary Action; received Outstanding Young Women of America Award in 1973 and Community Leaders and Noteworthy Americans Award in 1977.

**PEARL ANTONOVICH:** Health services volunteer. Born April 4, 1923. Resides in Virginia (Mn.) where she is co-owner of the Cedar-Hutch, a gift shop. Former president (1974) of Minnesota Hospital Auxiliary Association (MHAA); served as delegate to the American Hospital Association annual meeting in Washington, D.C. in 1976; served as coordinator of Parents Active in Child Education in a Virginia elementary school, 1973; served on the Foster Care Advisory Board of St. Louis County; currently on the advisory board to the Governor's Office of Volunteer Services.

**MARIA DE JESUS BALTIERRA:** Spokeswoman and organizer in Chicano community. Born in 1950 in Mexico City. Received B.A. from University of California Los Angeles in 1973 and now a third-year student at the University of Minnesota Medical School. Co-chairperson of U of M Task Force on Chicano concerns; co-sponsor of Legislative Workshop on Capitol Hill on Chicano concerns; student representative to U of M Board of Regents Educational Policies Committee, 1975-'77; organized community primary health care clinic at Midway Shopping Center in St. Paul and Martin Luther King Clinic in St. Paul; organized Minnesota chapter of National Chicano Health Organization; worked to improve employment conditions for Chicanos at the university, local and state levels.

**JANE BELAU:** Community activist in Rochester and 1974 Rochester Woman of the Year. Graduate of Fairview Hospital School of Nursing. Currently, chairwoman of the National Advisory Council on Developmental Disabilities and of the White House Conference on Handicapped Persons, member of Minnesota State Health



The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/ national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.
Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED
UNITED STATES OF AMERICA
PASSPORT
USA
016287219
BALTIERRA
MARIA DE JESUS
UNITED STATES OF AMERICA
F
MEXICO
22 SEP/SEP 99
PASSPORT AGENCY
WASHINGTON, D.C.
Amendments
Modifications
SEE PAGE
P<USABALTIERRA<<MARIA<DE<JESUS<<<<<<<<<<<<<<

# YOUR SOCIAL SECURITY CARD

p this stub with your personal records. The other side contains important rmation.

Detach the card below and sign it in ink immediately.
Keep your card in a safe place to prevent loss or theft.
Do not laminate your card.

MARIADEJESUS BALTIERRA
P O BOX 33205
SAN DIEGO CA 92163-3205

## YOUR SOCIAL SECURITY CARD

The Social Security number shown on your card is yours alone. Record your number in a safe plac in case your card is lost or stolen. Protect both your card and your number to prevent their misuse.

If you lose your card or change your name, you will need to file a new application and submit evidence of identity to obtain a duplicate or corrected card. You may also have to submit evidence of U.S. citizenship or lawful alien status. Contact any Social Security office to find out exactly what you need to d

Show your card to your employer when you start a new job. Make sure your employer gets your number and name right so we can record your earnings correctly.

Some private organizations use Social Security numbers for record keeping purposes. Such use is neither required nor prohibited by Federal law. The use of your Social Security number by such an organization for its own records is a private matter between you and the organization. Private organizatio cannot get information from your Social Security record just because they know your number.

Any Federal, State, or local government agency that asks for your number must tell you: whether giving it is mandatory or voluntary, its authority for requesting the number, and how the number will be used.

If you are an alien without permission to work in the U.S., your Social Security card will be marke "NOT VALID FOR EMPLOYMENT". We will notify U.S. immigration officials if you use the number to work.

If you are an alien legally in the U.S. with temporary permission to work, your Social Security card will be marked "VALID FOR WORK ONLY WITH INS AUTHORIZATION". If you show this card to an employer as evidence of employment eligibility, you will also have to show your U.S. immigratio document authorizing employment.

Contact any Social Security office immediately if you:

- are unable to work because of a severe disability expected to last a year or more;
- are age 62 or older—to ask about possible retirement benefits;
- are within 3 months of age 65, even if you don't plan to retire—to sign up for Medicare;
- have limited income and resources and are either blind, disabled or age 65 or older—to apply for SSI.

card is the official verification of your Social Security number. se sign it right away. Keep it in a safe place.

oper use of this card or number by anyone is punishable by fine, isonment or both.

card belongs to the Social Security Administration and you must n it if we ask for it.

u find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

ny other Social Security business/information, contact your Social Security office. If you write to the above address for any ess other than returning a found card, it will take longer for us swer your letter.

l Security Administration
SSA-3000 (6-99)

D950Q5296

CUT ALONG DOTTED LINE →

**ORGAN DONOR CARD**

| ORGAN(S) DONATED Heart; Lungs; Liver, Kidneys, Eyes. | |
|---|---|
| TISSUE(S) DONATED | |
| WITNESS #1 (SIGNATURE) | RELATIONSHIP |
| WITNESS #2 (SIGNATURE) | RELATIONSHIP |

| DONOR SIGNATURE | DATE | BLOOD TYPE |
|---|---|---|
| [signature] | | |

By signing this card above, I certify that I am at least eighteen (18) years of age, and that upon my death I desire to donate the organs/tissues listed above, in accordance with Tennessee Code Annotated, Sections 55-50-352 and 68-30-105.

VOID IF LAMINATED

← FOLD ALONG THIS LINE →

**DRIVER LICENSE**
**VALID WITHOUT PHOTO**

[illegible] 97 [illegible]
060950 062900 [illegible]
[illegible] 500 1095 [illegible]
MARIA J BALLTERRA
825 FOREST HILLS DR
NASHVILLE TN 37220
[signature]
SIGNATURE

CUT ALONG DOTTED LINE

1428056

This is your Tennessee Driver License and must be carried at all times during the operation of a motor vehicle.

NOTE: Tennessee law requires you to notify the Department within 10 days of an address or name change. Name changes must be made in person, but address changes may be made by mail.

ADDRESS CHANGE INFORMATION
TECHNICAL SERVICES DIVISION
DEPARTMENT OF SAFETY
NASHVILLE, TN 37249-2000

REMEMBER TO INCLUDE YOUR DRIVER LICENSE NUMBER.

282 (REV. 11/94)

**TENNESSEE DRIVER LICENSE**
**CLASSES, ENDORSEMENTS AND RESTRICTIONS**

CLASSES/TYPES
D VEHS ≤ 26,000 LBS & NO [illegible]
M MOTORCYCLES & MOTOR DRIVEN CYCLES
P LEARNER PERMIT FOR CLASS INDICATED

ENDORSEMENTS
F FOR-HIRE (CLASS D ONLY)
M MOTORCYCLES & MOTOR DRIVEN CYCLES

RESTRICTIONS
01 CORRECTIVE LENSES
02 AUTO TRANSMISSION
03 [illegible] POWER STEERING
07 OUTSIDE MIRROR
10 DAYLIGHT ONLY
11 CUSTOM CONTROLS
14 INSULIN DEP DIABETIC
19 SPECIAL RESTRICTION ORDER
20 MEDICAL EMERGENCY COND
26 HEARING IMPAIRMENT
29 ACTIVE MILITARY-DOES NOT EXPIRE WHILE IN MILITARY

THE PERSON WHOSE SIGNATURE AND DESCRIPTION APPEAR ON THE FRONT OF THIS DOCUMENT IS HEREBY LICENSED TO OPERATE THE APPROPRIATE CLASS OR TYPE VEHICLE IN TENNESSEE, SUBJECT TO CONDITIONS AND RESTRICTIONS NOTED HEREON. THIS LICENSE IS CONSIDERED NULL AND VOID IF LAMINATED OR ALTERED IN ANY MANNER.

VOID IF ALTERED OR LAMINATED

COMMONWEALTH OF VIRGINIA
VOTER CARD

ID NO. 920385551 DATE ISSUED 10/12/06

BALTIERRA, MARIA DE JESUS
UNIT 3
509 PRINCE ST
ALEXANDRIA VA 22314

VOTING LOCATION
Y HALL
KING STREET

FOLD HERE

LOCALITY
ALEXANDRIA CITY

PRECINCT
CITY HALL

DISTRICTS: CONG 08 SEN 30 HSE 045

LOCAL: DISTRICT A

**Voter Registration Office**

132 NORTH ROYAL STREET
ALEXANDRIA VA 22314-3283

(703)838-4050

FOLD HERE

FOR TOWN ELECTIONS:
TOWN

TOWN PRECINCT / DISTRICT

TOWN ELECTION VOTING LOCATION

USE BACK OF FORM IF YOUR ADDRESS
AND / OR
YOUR NAME HAS CHANGED

SBE-13 (REV) 4/02

***PLEASE SHOW THIS CARD OR OTHER PROPER ID WHEN YOU GO TO VOTE

BALTIERRA, MARIA DE JESUS
PO BOX 19234
ALEXANDRIA VA 22320

Above is your new Voter Registration Card. It provides the location where you vote and the districts assigned to your representatives in the U.S. House of Representatives (CONG), the Senate (SEN) of Virginia and House of Delegates (HSE) of Virginia, your local governing body and, if elected, your school board (LOCAL).

Please check the personal information on this card. If accurate, detach and keep the card. If any information is **incorrect,** now or in the future, please enter the corrections on the back of this card, **sign it,** and return it to the Registrar in person or by mail. A new card with your corrections will be mailed to you.

For Emergency Re-Issuance of A valid & verified US Passport for Dr. MARIA BALTIERRA – whose for the purpose of emergency travel – Application# 160448345. (See Attached,

As a U.S. citizen, I have asked experts on Federal & State Law such as former Supreme Court Justices, law school faculty experts on constitutional law to review these questions are excessive, abusive as on June 26th, 2006 such burden of proof of identity was more than adequate. Certainly this questionnaire falls outside the intent of 51.54 (Vol 22, 9 CFR's. Is on 26 copy & only because a precious life of an innocent very ILL 87 yo hangs in the balance

**COMLETE AND RETURN TO: PPT SIA SA / SD / SO**

CERTIFICATION: I CERTIFY THAT ALL INFORMATION IS TRUE AND CORRECT.

SIGNATURE Submitted under PROTEST & Duress TODAY'S DATE July 19, 2006

**NOTE: IF THIS IS ON BEHALF OF A MINOR PASSPORT APPLICANT, ANSWER THE QUESTIONS AS IF YOU ARE THE APPLICANT SINCE YOU HAVE SIGNED THE APPLICATION.**

YOUR NAME AND SOCIAL SECURITY NUMBER:

- María de Jesús BALTIERRA, M.D.
- I decline to disclose my SS# because my SS# is not to be used for identification purposes.

YOUR DATE AND PLACE OF BIRTH:

June 9, 1950

YOUR DATE OF BAPTISM AND WHERE: Irrelevant & discriminatory question. Without waiving my rights as a U.S. citizen, I respectfully decline to answer this question because it is violative of my constitutional rights.

AT WHAT AGE DID YOU STOP LIVING IN THE UNITED STATES?

I am a U.S. citizen and have NEVER relinquished my U.S. citizenship or stopped living in the U.S.

AT WHAT AGE DID YOU RESUME LIVING IN THE UNITED STATES?

Irrelevant question → see above answer.

**RELATIVES: COMPLETE ALL INFORMATION AS REQUESTED**
**PLEASE USE CONTINUATION SHEET IF NECESSARY**

| FAMILY MEMBER | FIRST & LAST NAMES | DATE & PLACE OF BIRTH | TELEPHONE # |
|---|---|---|---|
| FATHER | | | |
| MOTHER | | | |
| SPOUSE CURRENT | | | |
| SPOUSE PREVIOUS | | | |
| | | | |
| SIBLINGS | | | |
| BROTHER (S) | | | |
| | | | |
| | | | |
| SISTER (S) | | | |
| | | | |
| | | | |

N/A My parents & siblings are not applying for passports. Without waiving my rights as a U.S. citizen, I respectfully decline to answer these questions because they are over-broad and are violative of my constitutional rights

06/30/066/01

**EMPLOYMENT: COMPLETE ALL INFORMATION AS REQUESTED**
**PLEASE USE CONTINUATION SHEET IF NECESSARY**

| NAME (S) OF EMPLOYER | MONTHS/YRS THERE | SUPERVISOR'S NAME | CITY/STATE CODE | AREA CODE &PHONE # |
|---|---|---|---|---|
| CURRENT | | | | |
| | | | | |
| PREVIOUS | | | | |
| | | | | |
| PREVIOUS | | | | |
| | | | | |
| PREVIOUS | | | | |
| | | | | |

YOU ARE NOW FINISHED. **PLEASE SUBMIT THREE OR MORE OF THE FOLLOWING DOCUMENTS** (IF INDICATED-ONLY SUBMIT THOSE DOCUMBENTS), WHICH **HAVE NOT BEEN SUBMITTED PREVIOUSLY, IE. SUCH AS A DRIVER'S LICENSE UNLESS INDICATED. ORIGINAL DOCUMENTS WILL BE RETURNED IN MOST CASES:**

**NOTE:** TO BE ACCEPTABLE, **IDENTITY** DOCUMENTS MUST HAVE BEEN CREATED (DATED) PRIOR TO THE DATE AN APPLICATION FOR PASSPORT WAS FILED AND PREFERABLY DATED SEVERAL YEARS PRIOR.

ALREADY PRESENTED on June 26th 2006

1. PROFESSIONAL IDENTIFICATION CARD OR LICENSE.
2. EMPLOYMEE IDENTIFICATION CARD (STATE, MUNICIPAL, PRIVATE)
3. STUDENT IDENTIFICATION CARD, TRANSCRIPTIONS, DIPLOMAS, YEARBOOKS (AS EARLY AS POSSIBLE) Copy attached –
4. DRIVER'S LICENSE OR DMV NON-DRIVERS ID CARD NOT PREVIOUSLY SUBMITTED. VEHICLE REGISTRATION AND/OR TITLE. NOTICE OF LICENSE SUSPENSION FROM DMV. DMV computer read out of driving history showing residences for the past ten years. Already presented on June 26th 2006
5. MILITARY SERVICE, REGISTRATION, CALSSIFICATION DISCHARGE DOCUMENT.
6. UNION MEMBERSHIP CARD.
7. HEALTH/INSURANCE DOCUMENTS
8. MARRIAGE CERTIFICATE/DIVORCE DECREE
9. BAPTISMAL CERTIFICATE/CERTIFIED BIRTH CERTIFICATE (IF NOT ALREADY SUBMITTED)
10. ATTENDING MIDWIFE'S REPORT AND POST-NATAL NOTES CREATED BY THE MIDWIFE AND/OR YOUR MOTHER DURING PREGNANCY AND DELIVERY (BABY BOOK)
11. EMPLOYMENT/TAX RECORDS showing residences for the past ten years
12. OTHERS: Copy of USA Passport which in VIOLATION of Bill of Rights was NOT returned to the Dr MARIA BALTIERRA - MUST be Returned Immediately as 4th Amendment Bill of Rights protects US citizen's documents –

Demand for return of copy of Dr BALTIERRA's passport which included the Gov't issued ID showing SS# on IRS forms sent June 26 2006

There is No BASIS of any Kind
Non. AUTHORITY for this "Questionnaire"
Specific identification of this particular questionnaire is requested // On Record with the IRS to have "Need To Know" and others who

**RESIDENCES: COMPLETE ALL INFORMATION AS REQUESTED:**
**PLEASE USE CONTINUATION SHEET IF NECESSARY**

| HOUSE/APT /ADDRESS/PHONE #. OR COUNTRY IF NOT IN THE USA | YEARS THERE |
|---|---|
| AT BIRTH: ____________________ | ________ |
| **1.** FROM: ________ TO ________ | |
| ____________________ | ________ |
| **2.** FROM: ________ TO ________ | |
| ____________________ | ________ |
| **3.** FROM: ________ TO ________ | |
| ____________________ | ________ |
| **4.** FROM: ________ TO ________ | |
| ____________________ | ________ |
| **5.** FROM: ________ TO ________ | |
| ____________________ | ________ |
| **6.** FROM: ________ TO ________ | |
| CURRENT ____________________ | ________ |



**FedEx. Express US Airbill**

FedEx Tracking Number 8573 4547 8621

Sender's Copy

**1 From** Please print and press hard.

Date

Sender's FedEx Account Number

Sender's Name: Chief, Patience Tait Phone (202) 955 0211

Company: Special Issuance Passport Office

Address: 1111 19th St N.W. 2nd Floor

Dept./Floor/Suite/Room

City State ZIP

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

For Direct Delivery (only) to Mr Tait

**3 To**

Recipient's Name: Baltierra, MD Phone (~~202 955 0211~~

Company: C/o Congressman Moran's Field Office

Recipient's Address: Attn: Robby DeMaria

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address: 333 No Fairfax St #201

Dept./Floor/Suite/Room

To request a package be held at a specific FedEx location, print FedEx address here.

City: Alexandria State: VA ZIP: 22314

fedex.com 1.800.GoFedEx 1.800.463.3339

**4a Express Package Service** — Packages up to 150 lbs.

- [X] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** — Packages over 150 lbs.

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** Bill to: Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

FedEx Use Only

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Anyone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, anyone at a neighboring address may sign for delivery. Fee applies.

520

RETAIN THIS COPY FOR YOUR RECORDS.

FAX# 703 922 9436
ATTN: Robbye

***United States Department of State***
Special Issuance Agency
***1111 19th Street N.W., Suite 200***
***Washington, DC 20522-1705***
June 30, 2006

Ms María de Jesus Baltierra
127 SO Fairfax ST APT. 121
Alexandria , VA 22314

Regarding:

I am not Mrs. Santorus my Mom who is also a USA citizen for 30 yrs as we took our Naturalization exam together after studying them took the oath after passing our exam the first time around

Dear ~~Mrs~~ Baltierra,

We have received your request for passport services. Our records indicate that you have reported lost, stolen or mutilated several valid or potentially valid passports within the past 17 years. These passports include:

- Passport 016287219 issued September 22, 1999. This passport is valid until September 21, 2009 and was endorsed as the replacement for a passport already reported lost or stolen.
- Passport 033364406 was amended February 27, 1990. This passport is valid until September 21, 1999 and was endorsed as an extension for a passport already reported lost or stolen.
- Passport 033364406 initially issued September 21, 1989 and was severely limited until December 31, 1999.
- Passport 032451431 was issued August 11, 1987 and is not endorsed or limited in any way, this passport is potentially valid until August 10, 1997.

Please have the INDIVIDUAL; INSTALLATION, FEDERAL GOVERNMENT AGENCY OR BUSINESS ESTABLISHMENT last in possession of these passports submit a ***detailed*** notarized statement regarding the disposition of the passports noted above. A single word explanation of "lost" or "misplaced" is insufficient and will not be accepted as your detailed statement regarding these passports.

Because Federal Law limits the number of passports that you can have in your possession without the express permission of the Department of State, we will require that you submit an additional signed and notarized statement concerning the disposition of the above listed passports. You must state that you have not in anyway loaned or conveyed the above listed passports to anyone and that you will not attempt to travel on these passports if they are recovered. Please forward the additional statement to this office. If we do not hear from you within thirty (30) days, your application will be filed without action and you must submit a new application package.

<!--StartFragment-->Thanks always, Please reply to email: domi_002@yahoo.com

Maria de Jesus Baltierra, M.D.


P.S. It appears even by my experience on Monday, Dec 4, 2006 in setting up an appointment for this  Wed, tomorrow 12.06, that the State Dept appears to have TWO different systems-- that I tested as I am Spanish/English bilingual as regards Passport replacements or even Passport issuance.  The Spanish speaking appointment line not only GIVES different type of "mis-information", it also makes it quite difficult to set an emergency appointment or will scramble the appointment to a different State even --if one is trying to change it--even IN the Passport Center itself. Are there CLASSES of citizens now?<!--EndFragment-->

<!--StartFragment-->Thank-you so much for always defending the rights of the most vulnerable and often without a voice, our Hispanic immigrants. *It was a pleasure and a privilege to join you in different community support activities especially that having to do with alerting the community of San Diego residents held in* OTAY *without hearing and* in danger of deprtation, held LONG before 9/11 ever happened!

This email is the only means often of letting you know (giving you NOTICE) *of emergencies or very serious as regards violations of* Constitutional rights in DC itself in the Passport Special Issuance Office itself *against* even LONG *term )almost* 38 *years naturalized* Hispanic citizens. Under the guise of "Homeland Security", the State Dept IS actively attempting to NOW divide citizens into NATIVE BORN and requiring Birth Certificates or "NATURALIZED" and requiring production of the Naturalization document--even when that was 39 years PRIOR!! We had a medical emergency and needed to LEAVE almost immediately BUT we were held up 30 days while my minor daughter could obtain her Passport--we went anyway bcause my Mom's only brother, age 81 needed my medical



U.S. Department of State

# STATEMENT REGARDING A LOST OR STOLEN PASSPORT

**IMPORTANT NOTICE**

A United States citizen may not normally bear more than one valid or potentially valid U.S. passport at a time. It therefore is necessary to submit a statement with an application for a new U.S. passport when a previous valid or potentially valid U.S. passport cannot be presented. Your statement must detail why the previous U.S. passport cannot be presented.

The information you provide on the DS-64, Statement Regarding a Lost or Stolen Passport, will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport. Anyone using the passport book reported on the DS-64 may be detained upon entry into the United States. Should you locate the passport reported lost or stolen at a later time, you should report it as found and submit it for cancellation. It has been invalidated. You may not use that passport for travel.

## Protect yourself against identity theft! Report a lost or stolen passport!

**1. IDENTIFYING INFORMATION** Type or print in blue or black ink in white areas only.

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.

| SEX ☐ Female ☐ Male | Date of Birth *(mm-dd-yyyy)* | Place of Birth *(State or Country)* | Social Security Number |
|---|---|---|---|

Current Address *(Street, City, State, & Zip Code)*

| Home Telephone Number ( ) | Work Telephone Number ( ) | E-mail Address |
|---|---|---|

**2. LOST OR STOLEN PASSPORT INFORMATION** Answer all questions completely. If you do not know the answer in detail, be as exact as possible. Additional space is provided on the back of this form.

| What was your lost or stolen passport number? | When was your lost or stolen passport issued? |
|---|---|

What passport agency, embassy, or consulate issued your lost or stolen passport?

How was your passport lost or stolen?

Where and on what date did the loss or theft take place?

If your passport was stolen, did you notify the police? If yes, explain when and where you notified the police.

Have you made any effort to recover your passport? If yes, describe your efforts.

Have you had any other U.S. passports lost or stolen? *(Please give the approximate date of this loss or theft and any additional information you can provide.)*

Are you submitting this form in connection with an application for a new passport? ☐ Yes ☐ No

**CERTIFICATION** I, the undersigned, certify that the information furnished herein is correct and complete to the best of my knowledge and belief, and that I have not given my passport to another person or disposed of it in an unauthorized manner. I understand that my passport will be invalidated and cannot be used. If I subsequently find and recover it, I will immediately return it to Passport Services at the address on the back of this form or to the nearest passport agency.

| Signature | Date *(mm-dd-yyyy)* |
|---|---|

For Official Use Only



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

**PLEASE DETACH AND RETAIN THIS INSTRUCTION SHEET FOR YOUR RECORDS.**

**I applied:** **Place:** ______________________

**Date:** ______________________

US PASSPORTS ARE ISSUED ONLY TO US CITIZENS OR NON-CITIZEN NATIONALS. EACH PERSON MUST OBTAIN HIS OR HER OWN PASSPORT.

## APPLICANTS WHO HAVE HAD A PREVIOUS U.S. PASSPORT

If your most recent passport was issued less than 15 years ago and you were over 16 years old at the time of issuance, you may be eligible to use Form DS-82 (mail-in application). Please inquire about eligibility when you apply or visit our website or contact NPIC. Address any requests for the addition of visa pages to a Passport Agency or a U.S. consulate or embassy abroad. In advance of your departure, check visa requirements with consular officials of the countries you will be visiting.

## WHAT TO SUBMIT WITH THIS FORM:

1. PROOF OF U.S. CITIZENSHIP
2. PROOF OF IDENTITY
3. TWO RECENT COLOR PHOTOGRAPHS, **AND**
4. FEES (As explained on reverse of form.)

## WHERE TO SUBMIT THIS FORM:

Please complete and submit this application in person to one of the following acceptance agents: a clerk of a Federal or State court of record or a judge or clerk of a probate court accepting applications; a designated municipal or county official; a designated postal employee at an authorized post office; or an agent at a Passport Agency in Boston, Chicago, Honolulu, Houston, Los Angeles, Miami, New Orleans, New York, Norwalk CT, Philadelphia, San Francisco, Seattle, or Washington DC; or a U.S. consular official at a U.S. embassy or consulate, if abroad. To find your nearest acceptance facility, visit our website or contact the National Passport Information Center.

**See Instruction Page 2 for detailed information on the completion and submission of this form.**

1. **PROOF OF U.S. CITIZENSHIP**

a. APPLICANTS BORN IN THE UNITED STATES: Submit a previous U.S. passport or **certified** birth certificate. A birth certificate must include your given name and surname, date, and place of birth, date the birth record was filed, and the seal or other certification of the official custodian of such records.

(1) If the birth certificate was filed more than 1 year after the birth: It must be supported by evidence described in the next paragraph.

(2) If no birth record exists: Submit a registrar's notice to that effect. Also submit an early baptismal or circumcision certificate, hospital birth record, early census, school, or family Bible records, newspapers or insurance files, or notarized affidavits of persons having knowledge of your birth (in addition to at least one record listed above). Evidence should include your given name and surname, date and place of birth, and the seal or other certification of the office (if customary) and the signature of the issuing official.

b. APPLICANTS BORN OUTSIDE THE UNITED STATES: Submit a previous U.S. passport, Certificate of Naturalization, Certificate of Citizenship, Report of Birth Abroad, or evidence described below.

(1) If You Claim Citizenship Through Naturalization Of Parent(s): Submit the Certificate(s) of Naturalization of your parent(s), your foreign birth certificate, **and** proof of your admission to the United States for permanent residence.

(2) If You Claim Citizenship Through Birth Abroad To One U.S. Citizen Parent: Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), **or** your foreign birth certificate, proof of citizenship of your parent, your parents' marriage certificate, **and** an affidavit showing all of your U.S. citizen parent's periods and places of residence/physical presence in the United States and abroad before your birth.

(3) If You Claim Citizenship Through Birth Abroad To Two U.S. Citizen Parents: Submit a Consular Report of Birth (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), **or** your foreign birth certificate, parents' marriage certificate, proof of citizenship of your parents', **and** an affidavit showing all of your U.S. citizen parents' periods and places of residence/physical presence in the United States and abroad before your birth.

(4) If You Claim Citizenship Through Adoption by a U.S. Citizen Parent(s): Submit evidence of your permanent residence status, full and final adoption, **and** your U.S. citizen parent(s) evidence of legal and physical custody. (Please note: Acquisition of U.S. citizenship for persons born abroad and adopted only applies if the applicant was born on or after 02/27/1983)

c. ADDITIONAL EVIDENCE: When necessary, we may ask you to provide additional evidence to establish your claim to U.S. citizenship.

2. **PROOF OF IDENTITY**

You must establish your identity to the satisfaction of the acceptance agent.

You may submit items such as the following containing your signature AND physical description or photograph that is a good likeness of you: previous U.S. passport; Certificate of Naturalization, Certificate of Citizenship, driver's license (not temporary or learner's license); or government (Federal, State, municipal) employee identification card or pass. Temporary or altered documents are not acceptable. When necessary, we may ask you to provide additional evidence to establish your identity.

IF YOU CANNOT PROVIDE DOCUMENTARY EVIDENCE OF IDENTITY as stated above, you must appear with an IDENTIFYING WITNESS who is a U.S. citizen, non-citizen U.S. national, or permanent resident alien who has known you for at least 2 years. Your witness must prove his or her identity and complete and sign an Affidavit of Identifying Witness (Form DS-71) before the acceptance agent. You must also submit some identification of your own.

3. **TWO RECENT COLOR PHOTOGRAPHS**

Submit two color photographs of you alone, sufficiently recent to be a good likeness of you (normally taken within the last six months), and 2x2 inches in size. The image size measured from the bottom of your chin to the top of your head (including hair) should not be less than 1 inch and not more than 1-3/8 inches. The photographs must be color, clear, with a full front view of your face, and printed on thin paper with plain light (white or off-white) background. They must be capable of withstanding a mounting temperature of 225°F (107°C). The photographs must be taken in normal street attire, without a hat, head covering, or dark glasses unless a signed statement is submitted by the applicant verifying the item is worn daily for religious purposes or a signed doctor's statement is submitted verifying the item is used daily for medical purposes. Photographs retouched so that your appearance is changed are unacceptable. Snapshots, most vending machine prints, and magazine or full-length photographs are unacceptable. Digitized photos must meet the previously stated qualifications and will be accepted for use at the discretion of Passport Services. (Visit our website for details.)

4. **FEES**

a. **If you are 16 years of age or older:** The passport processing fee is $55, the application execution fee is $30, and the security surcharge is $12, therefore your **total cost for the passport will be $97**. Your passport will be valid for 10 years from the date of issue except where limited by the Secretary of State to a shorter period. (See information below about the additional cost for expedited service.)

b. **If you are under 16 years of age:** The passport processing fee is $40, the application execution fee is $30, and the security surcharge is $12, therefore your **total cost for the passport will be $82**. Your passport will be valid for 5 years from the date of issue except where limited by the Secretary of State to a shorter period. (See information below about the additional cost for expedited service.)

***BY LAW, THE PASSPORT PROCESSING, EXECUTION, AND SECURITY FEES ARE NON-REFUNDABLE.***

- **The passport processing, execution, and security fees may be paid in one of the following forms**: Checks (personal, certified, traveler's); major credit card (Visa, Master Card, American Express, and Discover); bank draft or cashier's check; money order (U.S. Postal, international, currency exchange), or if abroad, the foreign currency equivalent, or a check drawn on a U.S. bank. All fees should be payable to the "U.S. Department of State" or if abroad, the appropriate U.S. embassy or U.S. consulate. When applying at a designated acceptance facility, the $30 execution fee should be made payable to the acceptance facility. **NOTE: Some designated acceptance facilities do not accept credit cards as a form of payment.**
- **For faster processing**, you may request expedited service. Expedited requests will be processed in three workdays from receipt at a passport agency. The additional fee for expedited service is $60. Therefore, if you choose to request expedited service and you are 16 years of age or older the **total cost of your U.S. passport will be $157** and if you are 15 years of age or younger the **total cost of your U.S. passport will be $142**. Expedited service is available only in the United States.
- **If you desire SPECIAL POSTAGE SERVICE** (overnight mail, special delivery, etc.) include the appropriate postage fee with your payment.
- **An additional** $60 fee will be charged when, upon your request, the U.S. Department of State verifies issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.
- **For applicants with U.S. Government or military authorization for no-fee passports**, no fees are charged except the execution fee when applying at a designated acceptance facility.
- If you choose to provide your e-mail address in Item #12 on this application, Passport Services will only use that information to contact you in the event there is a problem with your application or if you need to provide additional information to us.

Print

**Your Travel Information:**

British Airways booking reference: 2I48QB
Ticket Type: e-ticket

If you have purchased this ticket with your card - you will need to take this with you to the airport. Please also present your Executive Club card if applicable which will speed up the check in process. Your e-ticket receipt will be sent to you separately, you will not receive a paper ticket. You must carry this itinerary and your receipt for international travel. It is not required for domestic travel.

Passengers: ~~MRS~~ Dr. MARIA BALTIERRA
MRS GRACIELA BALTIERRA
MISS DOMINIQUE BALTIERRAMORENO
MR DANIEL MORENOJR

Your Itinerary Details:

Flight Segment: John F Kennedy (New York) Terminal 7 To Heathrow (London) Terminal 4
Flight: BA0112
Cabin: World Traveller
Booking Status: Confirmed
Departure: 14 Dec 2006 18:30
Arrival: 15 Dec 2006 06:25
Flight Operated By: British Airways

Flight Segment: Heathrow (London) Terminal 4 To John F Kennedy (New York) Terminal 7
Flight: BA0183
Cabin: World Traveller
Booking Status: Confirmed
Departure: 20 Dec 2006 20:15
Arrival: 20 Dec 2006 22:50
Flight Operated By: British Airways

---

Passport Information we need from you before travel

---

Your itinerary includes a country where the government requires us to collect passport Information from all passengers prior to departure.
Providing this information in advance enables you to use our Self-Service Check-in kiosks without needing to visit a check-in desk.

To add this information to your booking, click on the link below:
https://www.ba.com/travel/apis

**Payment details:**

**CERTIFICATE OF SERVICE**

I, DANIEL MORENO, JR., the undersigned, hereby declare as follows:

1. I am a U.S. Citizen, over the age of eighteen years and not a party to the within action.

2. On December 11, 2006, I served the following documents upon Defendant(s)/Respondent(s) and their Attorney(s) of Record:

   **VERIFIED COMPLAINT, VERIFIED EMERGENCY PETITION FOR INJUNCTIVE RELIEF; MOTION TO BE PLACED ON CALENDAR, DECLARATION OF MARIA BALTIERRA, M.D. IN SUPPORT THEREOF; EXHIBITS; [PROPOSED] ORDER.**

   By placing a true copy of those documents in a sealed envelope, with postage fully prepaid in the United States mail at Washington, D.C., addressed as follows:

**U.S. DEPT. OF STATE**
2201 C Street, N.W.
Washington, D.C. 20522-1705
T: . F: .
**DEFENDANT/RESPONDENT**

**ALBERTO R. GONZÁLES.**
**U.S. ATTORNEY GENERAL**
U.S. Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
T: 202.3532.1555 F: .
**ATTORNEY FOR DEFENDANT/RESPONDENT**

**U.S. DEPT. OF STATE**
**SPECIAL ISSUANCE AGENCY**
1111 19th Street, N.W., Suite 200
Washington, D.C. 20520
T: 202.647.4000 F: .
**DEFENDANT/RESPONDENT**

**CHUCK ROSENBERG**
**U.S. ATTORNEY, EASTERN DISTRICT OF VIRGINIA**
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
T: 703.299.3700 F: .
**ATTORNEY FOR DEFENDANT/RESPONDENT**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

Dated: December 11, 2006

DANIEL MORENO

UNITED STATES DISTRICT COURT

CIVIL ACTION

Local 65.1
María de Jesús BALTIERRA
PLAINTIFF
MI

US Dept of State
Does 1-50

Local Rule 65.1 — ~~Notice~~ One month ago met with U.S. Attorney representative to discuss this matter. We met for 30-45 min. A copy of this pleading was FAXED @ Kinko's locally. Problem w/ (FAX In-Person delivery @ Eastern District — Attempted Alexandria Virginia

Baltierra

BALTIERRA