UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MARÍA de Jesús BALTIERRA, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE; AND<br><br>Ms. Brockenborough, Passport Specialist; (to replace DOE #1);<br>Ms. Grant, Supervisor to Ms. Brockenborough (to replace DOE #2);<br>Ms. Patience Tait, Chief, Special Issuance Office (to replace DOE #3);<br>Does 4-50.<br><br>Defendant(s). | Civil Action No.<br>1:06 CV 02148 RWR<br><br>Judge: Richard W. Roberts<br><br><u>Notice of and Plaintiff's 2nd Addendum to permitted filing of Original Complaint: Request for below Good Cause Orders; Issuance of Subpoenas *Duces Tecum*; Substitution into Does 1- of named Defendants; as well as early personal appearance Hearing Date</u> and time; such will be in the interest of Justice for Good Cause and to further all USA Hispanic citizens, Plaintiff's Constitutional Protections: *Olmstead v. United States* 277 U.S. 438,478 (1928). |

<u>To the Honorable Federal Court Judge Richard Roberts and all interested parties:</u>

NOTICE OF all the above captioned, including respectfully, REQUEST for Orders and MOTION for personal appearance of all parties to promote Justice; effectively identify State Dept Defendants eluding Federal mandates as regards prohibition of ethnic or national origin discrimination or worse, possible criminal consequences of capricious, non-authorized arbitrary acts leading to adverse consequences for elderly USA citizens and Hispanic USA citizens as a protected class.

Plaintiff/Petitioner María de Jesús Baltierra, M.D. ("BALTIERRA") appearing in *Per Se* hereby requests that for the Good Cause reasons and to permit the true

-1-

exercising of a United States citizen as she is, the Constitutional 6th Amendment rights to bring one's actual wrongdoers before the Court so that these individuals, presently continuing at this very moment to receive USA citizen's taxpayer's money including those monies from the very Hispanic USA citizens that these heinous authority abusive, arbitrary and capricious entry level Passport Office employees are illegally and in CONTEMPT of the protections afforded USA citizens by the USA Constitution, refusing to follow precedent of issuing ONE YEAR Replacement Passports as IS already the PUBLISHED policy of the Dept of State (USA). ( A Copy of publication and on-line website attached as Exhibit #2 for Court's convenience).

In Plaintiff's case where there has been overwhelming proof of legal presence and urgency for the last six months including a verified legitimate copy with a recent picture of Plaintiff's still active until 2009 USA **Passport, # 016287219**, issued in fact in the very same Washington, D.C. office that purports to have since 1925 all RECORDS yet has created havoc over a simple USA citizen's request for urgent Passport replacement who brought a copy of that in FACT verified to exist, Passport and HAD that employee effected due diligence would have shown the usual 10 yr cycle extending back 30+ years not just 17 as erroneously alleged. Defendant(s)' actions have been inexplicably sloppy, full of errors but worse as per the attached May, 2006 Washington Lawyer Pgs 35-40 article, INTOLERABLE acts abridging legitimate and Constitutional USA

-2-

Plaintiff's December 29, 2006 Further Addendum to permitted filing of Complaint ; Notice of and Reqeust for Orders
BALTIERRA v. UNITED STATES DEPARTMENT OF STATE, *et al.*

citizens' rights (Copy attached as Plaintiff's Exhibit #4: A Defining Constitutional Moment) to an expedited Passport especially when "the citizen has been LED to believe and therefore PAID a costly EXPEDITED FEE TWICE to overcome the falsely reported over the last 4 months to inquiries by concerned Congressional members via their staff that Plaintiff had "as of a magical date in September, 2006 suddenly an unidentified wanton spender (justifying signing KS, as later discovered on the Federal express package to stand for Kevin Spriggs, a FRAUDUELENT "cover-up" perhaps of citizens' money to send Plaintiff a Federal Express when NO MALE had initially processed her Passport replacement request and so FIRST HAND knowledge was now being deliberately LIED about.

1) Defendants named below SHOULD be held PERSONALLY and INDIVIDUALLY accountable for their statements and actions as witnessed and PROTESTED over by a great number of "informed and well acquainted with the law" individuals including Congressional staffers who personally witnessed was constituted REASONABLE cooperation by Plaintiff in what appeared to be a Homeland Security tightening perhaps though in FACT after a "FAST forwarding" to 3 years down the ROAD by the very office United States Citizenship and Immigration Services, Washington District Office at 2675 Prosperity Ave, First Floor, Fairfax, Virginia 22031 who is charged with processing the requests for researching

-3-

requests and actually finally producing Certified Naturalization Certificates, there is NO reason for the DC Passport's arbitrary and on its face discriminatory refusal to IMMEDIATELY have ISSUED in JUNE, 2006 at least the ONE YEAR, renewable EMERGENCY USA PASSPORT based on all the overwhelming "legal presence" documents seen by them and as stated above: driver's license, government issued ID; University transcripts, US citizen voting record, why the Passport and therefore, Plaintiff respectfully requests that the ORDER to PROVIDE Plaintiff with an unrestricted ONE YEAR renewable in One YEAR increments UNTIL the certified copy of her Naturalization Certificate can be issued as her original Certificate was among an entire STORAGE cubicle of items auctioned off in San Diego while Plaintiff and her family attended in Los Angeles to the illness which Plaintiff made much easier for her Father for over 7 years from about 1998 to 2005. Plaintiff attended her Dad as his primary physician for over 20 years, resolving his prior Myocardial Infarctions and allowing a full active life, as her background is Emergency Medicine, thanks to the sacrifices of those parents who provided the educational roots allowing her to achieve that degree.

      Why the sudden urgency in September, 2006 AFTER

-4-

Plaintiff's December 29, 2006 Further Addendum to permitted filing of Complaint ; Notice of and Reqeust for Orders
BALTIERRA v. UNITED STATES DEPARTMENT OF STATE, *et al.*

Plaintiff is known to have returned from an almost 3 month stay in Mexico as declared in May and June, 2006 from July to September, UNLESS as is condemned in the May 2006 Washington Lawyer's article there has been ILLEGAL surveillance of USA citizens as interestingly enough AGAIN by wastefully spending USA taxpayer's monies when there was NOT one IOTA of intent to ISSUE the Psssport and DONE no doubt in retaliation for the FACT that the FAX advising Defendants of Court ACTION finally reached the proper DIRECT individuals named BELOW: Brockenborough, Grant, Tait who MUST finally begin to THINK and ANALYZE what their ACTIONS have DONE to innocent USA citizens through their RUDE, RUTHLESS, disrespect for USA CITIZENS CONSTITUTIOJAL rights and protections.

Plaintiff, in June, 2006 much fearing that 6 weeks DELAY in bringing the MEDICAL expertise and other VITAL and life-saving actions to her UNCLE in the BAJA peninsula in Mexico, might find him almost on a death bed and most certainly more compromised than IF travel had been sooner, immediately upon obtaining her minor daughter's USA Passport replacement, LEFT. In May and June, 2006, seeing the WRITTEN reason for urgently seeking the Passport then, Plaintiff being a physician, needed to exercise her USA citizen right to travel WITHOUT further explanation as a Constitutional protection. Plaintiff did, however, state the urgent need as in her prior years of obtaining passports, the process had always been followed. For that reason, Plaintiff brought a copy of her

-5-

Plaintiff's December 29, 2006 Further Addendum to permitted filing of Complaint ; Notice of and Reqeust for Orders
BALTIERRA v. UNITED STATES DEPARTMENT OF STATE, et al.

still active Passport with a clearly identifiable and recent photo comparable to the just taken ones as required for the replacement; another copy of legal presence, a copy of again verifiable active driver's license and overwhelming other evidence including University transcripts from her undergraduate years at UCLA, 1968 to 1972.

Plaintiff has visited the Below listed Prosperity ST, Fairfax, Virginia based US Citizenship and Immigration Offices to comply with ALL administrative avenues and there was informed that all of the above indicators of legal presence are MORE than adequate to allow her the issuance of the full Passport and as precedent has been set, at least the Renewable one year Passport as USA citizens cannot be held "prisoners" in our own country due to the capriciousness of Passport Office employees who in this case appear to have a severe prejudice against Hispanics in particular and should be made to declare their alleged "justifications" as PUBLIC INTEREST cannot permit this egregious conduct which is WANTON violation of the Constitutional mandate prohibiting discrimination based on ethnicity or country of origin, in this case Mexico, to continue nationwide against Hispanic USA citizens whose rights are wantonly and illegally being disintegrated and whose very hard-earned monies are being taken "under the false promise" that the Passport will be expedited ONLY so that the HIGHEST fees are thus extorted from the citizen while there is NO intent whatsoever to then issue the Passport as promised TWICE within these last 6

-6-

Plaintiff's December 29, 2006 Further Addendum to permitted filing of Complaint ; Notice of and Reqeust for Orders
BALTIERRA v. UNITED STATES DEPARTMENT OF STATE, et al.

months to Plaintiff. As the urgency exists BEFORE 2007 changes that such reckless State Dept employees will NO DOUBT further use to carry on their INTOLERABLE and ILLEGAL acts, Plaintiff respectfully brings to the Court the need and URGENCY therefore for the Orders requested within the next 30 days if possible to permit Plaintiff to be ISUED forthwith the PASSPORT already PAID for, prepared and wrongfully with-held from Plaintiff since December 12, 2006 and six months before that with the egregious REFUSAL to use those monies for the new Passport.

Therefore, Plaintiff respectfully requests that in this case, it is NOT sufficient to allow the usual Dept of State Attorney to simply appear "on paper" in the form of pleadings for a VERY URGENT and SERIOUS daily exercise AGAINST USA citizens CAN be effectively STOPPED in its TRACKS, one of the FEW times that the Court has the OPPORTUNITY to not only be TIMELY as the blatant DISREGARD which just thinly veils 'an almost inexplicable and certainly undeserved "hatred" by the below named employees against an entire ethnic class that these employees SHOULD be held accountable as to WHY could it ever be JUSTIFIED as this country is NOT a dictatorship, where the Passport Clerks themselves take it upon themselves to "accuse individuals of criminal acts of which 99% have no idea what is being alleged, as we decades-long citizens have dedicated to BUIDING UP this USA and our families lives. In fact, to most Hispanic families, the affrontive, abrasive and unjustifiably unprofessional attitude

including discriminatory statements being made to Hispanic USA citizens when it is CLEAR that these citizens have held their citizenship for DECADES and that indeed the citizen standing before them MATCHES all the pictures that the Dept of State employee can print within one to a few minutes are AS MUCH a violation of Constitutional protections as are the egregious and discriminatory actions to FOLLOW established precedent in refusing to issue even the one YEAR Passport as recently written in the most recent REPLACEMENT request (Copy labeled Exhibit #3).

Most recently, despite the fact that there is a CLEARLY marked space permitting "designated individuals" to pick up the promised Passport, the first below indicated individual to be added both as a "named Defendant" to take the place of the first DOE, rather than thus permit the first indicated name, all 3 of which are USA law graduates, the last two with very deep experience in litigation, simply disregarded that listed "option and right", demanded in a screeching voice that could be heard to the middle of the very large room that constitutes the first floor back section where the Passport transactions take place, that unless she saw Plaintiff, no further communication would take place, despite the fact that 2 other Clerks, the alleged issuing window #13 Clerk, a higher level Mrs. Adams, Passport Supervisor had already both verified my identity from my driver's license and the pick-up slip. The purpose un-Noticed in any manner for this unjustifiable and discriminatory on its face DEMAND was so that 3 unidentified individuals

-8-

Plaintiff's December 29, 2006 Further Addendum to permitted filing of Complaint ; Notice of and Reqeust for Orders
BALTIERRA v. UNITED STATES DEPARTMENT OF STATE, et al.

that she brought down with her could also have an opportunity to "see Plaintiff" in person. This type of Gestapo-like, completely illegitimate and illegal acts against USA citizens SHOULD receive DEEP SCRUTINY and no doubt SANCTION that such pre-Holocaust actions and treatment of USA citizens by Federal funded agencies are NOT to be tolerated nor repeated, MOST importantly against any OTHER HISPANIC USA citizen as it directly violates CONSTITUTIONAL LAW and Protections so desperately EARNED by Hispanic Purple Heart awardees for their fellow countrywomen and all USA citizens to be treated with dignity and respect. At that time, Defendant Ms. Brockenborough stated that the Dept. of State permitted her to dispense with the usual courtesies of including Dr. which is an earned title before the person's name. Worse than even that, as perhaps this defendant has not had the opportunity to understand or be exposed perhaps to world-wide courtesies that do include Dr. before an older than the named Defendant, person's name, most notably when there is ID even stating such as FACT. The 3 accompanying individuals are requested also to be subpoenaed as there is no proof that indeed these are "diplomatic security" agents and as to why if there are already leaded windows behind which these individuals stood, what exactly was the perceived, for there was NONE, in fact a lawyer, had presented himself, taking time from work, to do the favor of witnessing what was the continuing and escalating capricious, illegal conduct of alleged Federal mandate bound but who refused to respect these for ALL USA citizens, Passport Office

employees.

Based on the fact that it is INDIVIDUALS who may be the direct perpetrators of continuing and illegal ACTS against USA citizens and that by those acts CANNOT be permitted to FURTHER illegal ABRIDGE the Constituional rights of citizens which even CONGRESS has been held to NOT be empowered to so ABRIDGE ( US Supreme Court: Vance vs Terrazas, 444 U.S. 252 (1980), Copy attached of Case section as regards reference to Congress...) and that URGENT PUBLIC interest involves a SPEEDY and POSSIBLE vehicle of bringing in these Cowardly individuals who have caused perhaps some of the most egregious acts such as such emotional distress, mental anguish leading even to health events in the form of myocardial infarction, stroke and such as to be criminally liable should any of the countless cases handled by them be found or proven to have been so callously refused a Passport that issues of humanity and legitimate denial CANNOT be argued.  In fact, no IMMUNITY should be afforded such callous violators of Federal law and adequate and immediate mitigation in the form of Orders from this Court to include IMMEDIATE no further fee or cost one year PASSPORT to Plaintiff whose mother, herself a USA citizen is in urgent need of her services and the simple Medicines that in her anguish over what has transpired over the last 6 months, she left behind 2 days ago and in Mexico, this particular brand of anti-coagulant CANNOT be obtained and now due to incredible restrictions are causing havoc with people's lives and health. This Order made be

made under the AUTHORITY accorded this Federal Court to so Order as per Federal Rule and the above referenced and perhaps many other such case precedents known to the Court. Further, the Court may Order the US Citizenship and Naturalization Office to issue a Certificate of Nationality as Plaintiff submits proof of her most recent voting record in the Congressional elections recently held in her State of residence as well as pending proof that she has been registered to vote and in fact has voted as any active and conscientious citizen for over 38 years as Plaintiff has held the right and duty to vote since November 8, 1968 when she and her mother together became naturalized USA citizens and were certified/ registered as such by the Court Clerk in Los Angeles, California.

Plaintiff respectfully requests the following Subpoenas should issue and that the following individuals be added thus beginning the replacement of Does as also listed below:

B.   Subpoenas tecum duces: (Total:

   1) Ms. Brockenborough, Passport Specialist, who should list the names of the 3 "Diplomatic Security" agents she recruited to come down with her to face Plainitff, 5 ft, 98 lbs, 56 yrs old, Physician, NOT a blackbelt expert or otherwise; never a "Security" risk or such by any stretch of the imagination. That is why the Court SHOULD see for itself how ludicrous such "Passport Office untrained Staff" measures have become YET how endangering such reckless actions are to elder

citizens that Plaintiff Physician has in her CARE and which care these Ignorant and negligent individuals who SHOULD be SUSPENDED without PAY so that they MAY finally understand by having their own economic resources "STOPPED" so that may EXPERIENCE a minimal of hardship, certainly in NO measure to the HUGE financial hardship they have egregiously caused countless USA citizen Hispanics with the ABUSE of their AUTHORITY.

2) Ms. Grant, Supervisor to Ms. Brockenborough, who MUST be personally confronted that what she is DOING is NOT AUTHORIZED by any LAW: She MUST BRING Plaintiff's 12/06/06 timely applied for and prepaid to the tune of $217 (Claimed to be for expedited FEES; in contrast to $260 charged 6 months ago, again FRAUDULENTLY and under FALSE promises and pretenses) before 12/14/06 scheduled international European flight most recent PASSPORT as it WAS reported to be READY for issuance) that the Court may actually be shown what KIND of GOOD FAITH is now in that Washington, DC Passport Office and what kind of respect is shown USA Hispanic citizens who have served as CITIZENS providing medical care where money hungry physicians REFUSE to spend hours, let alone years of either their own time and also that of their sacrificing families who having accompanied them for years

deserve after 25 YEARS of service, a little RESPITE.

3) Ms. Patience Tait, Chief of Special Issuance Passport Office, 2nd Floor, who failed to properly organize non-discriminatory PROTOCOLS for her STAFF whose capriciousness is to be ABHORRED and immediately corrected for it daily violates and therefore is a failure of democracy within the very DC boundaries.

4) Ms. Walsh, Supervisor; and Cashier, R. Young of the United States Citizenship and Immigration Services, Washington District Office at 2675 Prosperity Ave, First Floor, Fairfax, Virginia 22031

Fairfax, Virginia to bring a Certificate of Nationality as they have seen the copy of Plaintiff's USA Passport and all more than adequate proof of legal presence and they "FAST FORWARDED" as if Plainitff had applied 6 months ago for copy of her 1968 Naturalization Certificate and found that CITIZENS having ENJOYED citizenship for 38 years should HARDLY be required to PRODUCE or recall an "ALIEN #" which PRE-DATES their Citizenship as CITIZENS are no LONGER "ALIENS".

The very idea and request is abusive, creates unnecessary disruption in a citizen's emergency request for the Passport and distracts from the issue: IT IS UNCONSTITUIONAL to subject USA citizens of such LONG duration and with more than ADEQUATE proofs of their

IDENTITY and legal presence when there HAS been a precedent THAT SHOULD HAVE been implemented SINCE the emergency June 28, 2006 payment of $260 Expediting FEES by Plaintiff. To mitigate for such egregious delays, LOSS of monies, emotional and mental duress and RECKLESS DISREGARD of Plaintiff's professional duties as regards patients who REQUIRE of her FULL time and ATTENTION and who have also been made to NEEDLESSLY suffer her absence as recently as TODAY, Tomorrow and EVERY single DAY that she is without her Passport as one of her most long-time and critical patients is now on Mexico and in NEED of Plaintiff's expedient ability to TRAVEL back and forth SAFELY and with Plaintiff's USA PASSPORT in hand.

**ORDER To Permit Personal Appearances For the Good Cause** reasons listed above within the soonest date possible to permit a FULL airing of the CASE pre-TRIAL and perhaps permit Defendants to begin immediate MITIGATION and correction of the problem before USA citizens begin to LOSE their lives IN this Country or abroad from preventable

Plaintiff respectfully requests email confirmation of the Court date and time as she is gathering Affidavits favorable to her case, which was not available at an earlier time. Plaintiff's matter is of an urgent nature which requires the actual

appearance of Defendants to bring home to them the devastating effects of their reckless and illegal actions and take them out of their leaded glass "protection" at 1111 19th St, NW, Washington, DC.

Respectfully submitted,

Dated: __December 29, 2006__  _____

MARÍA de Jesús BALTIERRA, M.D.
Plaintiff/Petitioner, In *Pro Se*
127 S. Fairfax Street, #121
Alexandria, Virginia 22314
T: 202. 586-6001
F: 703.783.0382

**TAKING THE STAND**

# A Defining Constitutional Moment

To advance the war on terror, in the interest of gathering foreign intelligence, President Bush is circumventing the law by allowing the surveillance of American citizens at home.

By Bruce Fein

A defining moment in the nation's constitutional history is at hand. This fateful hour has been forced by President George W. Bush's claim of virtual omnipotence in the war against international terrorism.

If Congress flinches from its duty to reject the legality of the president's directive to the National Security Agency (NSA) to target American citizens on American soil for warrantless surveillance in flagrant violation of the Foreign Intelligence Surveillance Act (FISA), a precedent will have been set that will permanently cripple the Constitution's checks and balances. The theory invoked by the president to justify the eavesdropping would equally justify mail openings, burglaries, torture, or internment camps in the name of gathering foreign intelligence. Unless rebuked, it will lie around like a loaded weapon, ready to be used by any incumbent who claims an urgent need.

## History of Intelligence Abuses

FISA was the child of the Senate Select Committee to Study Governmental Operations With Respect to Intelligence Activities in 1975–76 (the Church Committee). Its exhaustive hearings disclosed, inter alia, that in 1938, when a secret program of domestic surveillance not authorized by Congress was undertaken to identify Fascists and Communists, the director of the Federal Bureau of Investigation (FBI), the attorney general, and the president concurred as follows: "In considering the steps to be taken for the expansion which then occurred 'of the present structure of intelligence work, it is believed imperative that it be proceeded with the utmost degree of secrecy in order to avoid criticism or objections which might be raised to such an expansion by either ill-informed persons or individuals having some ulterior motive. . . . Consequently, it would seem undesirable to seek special legislation which would draw attention to the fact of what is being done.' " President Bush has advanced the identical justification for refusing to seek congressional authority for the NSA's warrantless eavesdropping targeting American citizens at home.

After the secret 1938 intelligence program commenced, widespread abuses came: mail openings, burglaries, Internal Revenue Service harassments, a security index list beyond that authorized by the Internal Security Act of 1950, and COINTELPRO (the FBI's Counter Intelligence Program). The bureaucratic mentality of the spy was captured in the following FBI response to its New York office's conclusion that surveillance of a civil rights leader should cease because an investigation had unearthed no evidence of Communist sympathies: "The Bureau does not agree with the expressed belief of the New York Office that Mr. X is not sympathetic to the Party cause. While there may not be any direct evidence that Mr. X is a Communist, neither is there any direct substantial evidence that he is anti-Communist."

Spies, whether at the Federal Bureau of Investigation, the Central Intelligence Agency, or the National Security Agency, are unschooled in the values of privacy and the Fourth Amendment. They are not sensitized to Justice Louis D. Brandeis's teaching in *Olmstead v. United States*, that the makers of our Constitution "conferred, as against the government, the right to be left alone—the most comprehensive of rights and the right most valued by civilized men."[1]

> "Taking the Stand" appears periodically in Washington Lawyer as a forum for D.C. Bar members to address issues of importance to them and that would be of interest to others. The opinions expressed are the author's own.

# CERTIFICATE OF SERVICE

I, __DANIEL MORENO, JR.__, the undersigned, hereby declare as follows:

1. I am a U.S. Citizen, over the age of eighteen years and not a party to the within action.

2. On December 29, 2006, I served the following documents upon Defendant(s)/Respondent(s) and their Attorney(s) of Record:

   **Plaintiff's December 29, 2006 Further Addendum to COMPLAINT; EXHIBITS; [PROPOSED] ORDERS.**

   By placing a true copy of those documents in a sealed envelope, with postage fully prepaid in the United States mail at Washington, D.C., addressed as follows:

**U.S. DEPT. OF STATE**
2201 C Street, N.W.
Washington, D.C. 20522-1705
T: .       F: .
**DEFENDANT/RESPONDENT**

**ALBERTO R. GONZÁLES.**
**U.S. ATTORNEY GENERAL**
U.S. Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
T: 202.3532.1555   F: .
**ATTORNEY FOR DEFENDANT/RESPONDENT**

**U.S. DEPT. OF STATE**
**SPECIAL ISSUANCE AGENCY**
1111 19th Street, N.W., Suite 200
Washington, D.C. 20520
T: 202.647.4000; 202-955-0445;
F: 202-955-0108
**DEFENDANT/RESPONDENT:**
With Additional Defendants:
**Ms. Brockenborough (Passport Specialist); Ms. Grant (Supervisor, Senior Passport Specialist); Ms. Patience Tait, Chief, Special Issuance Passport Office, 2nd Flr.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:   December 29, 2006                    _____
                                              DANIEL MORENO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARÍA de Jesús BALTIERRA, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE; and<br>Brockenborough; Grant; Tait<br>And DOES 5-50<br>Defendant(s). | Civil Action No.:<br>1:06 CV 02 148 RWR |

**ORDER**

On reading Petitioner's verified December 29, 2006 Addendum to original Complaint, reviewing those facts and now also permitting personal appearances Pre-Trial in the matter, all parties NOTICED below, including those on whom SUBPOENAS TECUM DUCES have been served are ORDERED to appear for oral argument and presentation of the documents requested by Plaintiff's Subpoenas on _____ at      time.   ORDERS for further Relief is hereby issued as follows:

Respondent United States Dept. of State is **ENJOINED** from invading Petitioner's Constitutional rights by requiring her to respond to irrelevant questions contained in the "Supplemental Information" form;

Respondent United States Dept. of State is **ORDERED** to immediately issue, without further delay, the already prepared since December 8, 2006 U.S. Passport # 018290838 to Petitioner BALTIERRA.

Dated:_____            _____
                                    Richard W. Roberts
                                    Judge, U.S. District Court
                                    For the District of Columbia

-16-