UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA DE JESUS BALTIERRA ) <br> 127 South Fairfax Street ) <br> Apartment 121 ) <br> Alexandria, VA 22314 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> STATE; AND DOES 1-50 ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 06-2148 (RWR) <br> Electronic Case Filing |

NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the United States Department of State, Defendant in the above-captioned civil action.

Respectfully submitted,

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

**MARIA DE JESUS BALTIERRA**
127 South Fairfax Street
Apartment 121
Alexandria, VA 22314

/s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530