UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA DE JESUS BALTIERRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2148 (RWR) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF STATE *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Pending before the Court is defendants' motion to dismiss based on several grounds, including *res judicata*. Plaintiff has not complied with the Order of May 17, 2007, directing her to respond by June 18, 2007, to defendants' motion. Accordingly, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. No. 8] is GRANTED as conceded. It is further

ORDERED that this case is DISMISSED. This is a final appealable Order.

_____/s/_____
RICHARD W. ROBERTS
DATE: July 13, 2007          United States District Judge